| | |
|---|---|
| 1 | SHAND S. STEPHENS, Bar No. 67694 |
|   | shand.stephens@dlapiper.com |
| 2 | ELIOT R. HUDSON, Bar No. 66251 |
|   | eliot.hudson@dlapiper.com |
| 3 | DLA PIPER LLP (US) |
|   | 555 Mission Street, Suite 2400 |
| 4 | San Francisco, CA 94105-2933 |
|   | Tel: 415.836.2500 |
| 5 | Fax: 415.836.2501 |

**FILED**
JUN 19 2009
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
EXECUTIVE RISK SPECIALTY INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EXECUTIVE RISK SPECIALTY INSURANCE COMPANY, | CASE NO. CV 09 1840 EDL |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR SECOND EXTENSION OF TIME FOR DEFENDANTS CROCKER SECURITIES LLC AND KEVIN B. MARTIN TO RESPOND TO COMPLAINT FOR DECLARATORY JUDGMENT |
| v. | |
| CROCKER SECURITIES LLC, DOUGLAS C. GREEN, KEVIN B. MARTIN and LISA R. MELLO, | |
| Defendants. | |

TO THIS HONORABLE COURT AND ALL PARTIES OF RECORD:

Pursuant to Local Rule 6-1(b), Plaintiff EXECUTIVE RISK SPECIALTY INSURANCE COMPANY hereby stipulates with Defendants CROCKER SECURITIES LLC, by and through Kevin B. Martin, its agent for service of process and as an authorized member, and KEVIN B. MARTIN, individually, that said Defendants' time to respond to the Complaint for Declaratory

////
////
////

-1-
DLA PIPER LLP (US)    WEST\21737262.1    STIPULATION AND ~~PROPOSED~~ ORDER FOR SECOND EXTENSION OF TIME
SAN FRANCISCO                             (CROCKER AND MARTIN) TO RESPOND TO COMPLAINT
                                          CASE NO. CV 09 1840 EDL

1  Relief in the above-entitled action shall be and is extended to and including July 13, 2009.

2  SO STIPULATED:

3
4  Dated: June __, 2009                    CROCKER SECURITIES LLC

5
6                                          By /s/ Kevin Martin
                                            KEVIN B. MARTIN, Agent for Service of
7                                           Process and Authorized Member

8  Dated: June __, 2009

9                                          By /s/ Kevin Martin
                                            KEVIN B. MARTIN, Individually
10
11 Dated: June /8/ 2009                    DLA PIPER LLP (US)

12
                                           By /s/ Eliot Hudson
13                                          ELIOT R. HUDSON
                                            Attorneys for Plaintiff
14                                          EXECUTIVE RISK SPECIALTY
                                            INSURANCE COMPANY
15
16
17                                         ORDER

18 PURSUANT TO STIPULATION, IT IS SO ORDERED.

19 Dated: June 19 2009                     /s/ Elizabeth D. Laporte
20                                          ELIZABETH D. LAPORTE
                                            United States Magistrate Judge
21

28

WEST\217372621  -2-
STIPULATION AND ~~PROPOSED~~ ORDER FOR SECOND EXTENSION OF TIME
(CROCKER AND MARTIN) TO RESPOND TO COMPLAINT
CASE NO. CV 09 1840 EDL

DLA PIPER LLP (US)
SAN FRANCISCO