1  SHAND S. STEPHENS, Bar No. 67694
   shand.stephens@dlapiper.com
2  ELIOT R. HUDSON, Bar No. 66251
   eliot.hudson@dlapiper.com
3  DLA PIPER LLP (US)
   555 Mission Street, Suite 2400
4  San Francisco, CA 94105-2933
   Tel: 415.836.2500
5  Fax: 415.836.2501

6  Attorneys for Plaintiff
   EXECUTIVE RISK SPECIALTY INSURANCE
7  COMPANY

FILED
JUN 19 2009
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EXECUTIVE RISK SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CROCKER SECURITIES LLC, DOUGLAS C. GREEN, KEVIN B. MARTIN and LISA R. MELLO,<br><br>Defendants. | CASE NO. CV 09 1840 EDL<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR SECOND EXTENSION OF TIME FOR DEFENDANT LISA MELLO TO RESPOND TO COMPLAINT FOR DECLARATORY JUDGMENT |

TO THIS HONORABLE COURT AND ALL PARTIES OF RECORD:

Pursuant to Local Rule 6-1(b), Plaintiff EXECUTIVE RISK SPECIALTY INSURANCE COMPANY hereby stipulates with Defendant LISA MELLO that said Defendant's time to

////
////
////
////
////

DLA PIPER LLP (US)
SAN FRANCISCO

WEST\21737555.1

-1-
STIPULATION AND ~~PROPOSED~~ ORDER FOR SECOND EXTENSION OF TIME (MELLO) TO RESPOND TO COMPLAINT
CASE NO. CV 09 1840 EDL

1  respond to the Complaint for Declaratory Relief in the above-entitled action shall be and is
2  extended to and including July 13, 2009.
3  SO STIPULATED:

Dated: June 18, 2009

By _____
LISA MELLO

Dated: June 18, 2009                    DLA PIPER LLP (US)

By _____
ELIOT R. HUDSON
Attorneys for Plaintiff
EXECUTIVE RISK SPECIALTY
INSURANCE COMPANY

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 17, 2009

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

DLA PIPER LLP (US)
SAN FRANCISCO

WEST\21737555.1

-2-
STIPULATION AND ~~PROPOSED~~ ORDER FOR SECOND EXTENSION OF TIME
(MELLO) TO RESPOND TO COMPLAINT
CASE NO. CV 09 1840 EDL