| | |
|---|---|
| 1 | SHAND S. STEPHENS, Bar No. 67694 |
|  | shand.stephens@dlapiper.com |
| 2 | ELIOT R. HUDSON, Bar No. 66251 |
|  | eliot.hudson@dlapiper.com |
| 3 | DLA PIPER LLP (US) |
|  | 555 Mission Street, Suite 2400 |
| 4 | San Francisco, CA 94105-2933 |
|  | Tel: 415.836.2500 |
| 5 | Fax: 415.836.2501 |
| 6 | Attorneys for Plaintiff |
|  | EXECUTIVE RISK SPECIALTY INSURANCE |
| 7 | COMPANY |

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 11 | EXECUTIVE RISK SPECIALTY INSURANCE COMPANY, | CASE NO. CV 09 1840 PJH |
| 12 | | STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE SCHEDULED FOR AUGUST 27, 2009 |
| 13 | Plaintiff, | |
| 14 | v. | |
| 15 | CROCKER SECURITIES LLC, DOUGLAS C. GREEN, KEVIN B. MARTIN and LISA R. MELLO, | [Fed.R.Civ.Proc. 15(a)(2); L.R. 10-1] |
| 16 | | |
| 17 | Defendants. | |

18

19 TO THIS HONORABLE COURT AND ALL PARTIES OF RECORD:

20     Plaintiff EXECUTIVE RISK SPECIALTY INSURANCE COMPANY ("ERSIC") hereby

21 stipulates with Defendants KEVIN B. MARTIN and LISA MELLO ("Defendants") that the Case

22 Management Conference currently scheduled for August 27, 2009 at 2:30 pm., may be continued.

23 If and to the extent that Crocker Securities, LLC may properly appear in this action, the

24 stipulation of Kevin B. Martin acts as a stipulation on behalf of Crocker Securities, LLC. No

25 other parties have appeared in this action. The parties request that the continuance be for a

26 ///

27 ///

28

DLA PIPER LLP (US)
SAN FRANCISCO

WEST\21760591.1

-1-
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT
CONFERENCE
CASE NO. CV 09 1840 EDL

<tt>
</tt>
1 period of at least fourteen (14) days.

2   SO STIPULATED:

4 Dated: August 25, 2009    DLA PIPER LLP (US)

By   /s/  Eliot R. Hudson
ELIOT R. HUDSON
Attorneys for Plaintiff
EXECUTIVE RISK SPECIALTY
INSURANCE COMPANY

Dated: August 25, 2009

By _____
KEVIN B. MARTIN, *pro se*

Dated: August __, 2009

By _____
LISA MELLO, *pro se*

### [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

UPON THE STIPULATION OF THE PARTIES, IT IS ORDERED that the initial Case Management Conference scheduled for August 27, 2009 at 2:30 p.m. in the above-entitled action shall be, and hereby is, continued to September 17, 2009 at 2:30 p.m. a.m./p.m.

Dated: 8/27/09

PHYLLIS J. HAMILTON
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

1  period of at least fourteen (14) days.

2  SO STIPULATED:

3

4  Dated: August ___, 2009                    DLA PIPER LLP (US)

5

6                                              By _____
                                                ELIOT R. HUDSON
7                                               Attorneys for Plaintiff
                                                EXECUTIVE RISK SPECIALTY
8                                               INSURANCE COMPANY

9  Dated: August ___, 2009

10                                             By _____
                                                KEVIN B. MARTIN, *pro se*
11  Dated: August 25, 2009

12                                             By _/s/ Lisa Mello_____
13                                              LISA MELLO, *pro se*

14

15

16  **[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

17

18  UPON THE STIPULATION OF THE PARTIES, IT IS ORDERED that the initial Case Management Conference scheduled for August 27, 2009 at 2:30 p.m. in the above-entitled action shall be, and hereby is, continued to _____, 2009 at ___ a.m./p.m.

21

22  Dated: _____          _____
                                            PHYLLIS J. HAMILTON
23                                          United States District Judge

---

DLA PIPER LLP (US)
SAN FRANCISCO

WEST\21760591.1

-2-
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. CV 09 1840 EDL