UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EXECUTIVE RISK SPECIALTY
INSURANCE COMPANY,

    Plaintiff,

    v.

CROCKER SECURITIES LLC,
et al.,

    Defendants.
_____/

No. C 09-1840 PJH

**ORDER OF REFERENCE
TO MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on plaintiff's motion for default judgment against defendant Douglas C. Green.

    The parties will be advised of the date, time and place of any appearance by notice from the assigned magistrate judge.

    IT IS SO ORDERED.

Dated:  October 30, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge

cc:  Wings, Assigned M/J