UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXECUTIVE RISK SPECIALITY INSURANCE COMPANY,<br><br>    Plaintiff(s),<br><br>    v.<br><br>CROCKER SECURITIES LLC, et al.,<br><br>    Defendant(s). | No. C09-1840 PJH (BZ)<br><br>**ORDER SCHEDULING DEFAULT JUDGMENT HEARING** |

    Plaintiff has filed a motion for entry of default judgment against defendant Douglas C. Green.

    Compliance with 50 App. U.S.C. § 501 et seq. of the Servicemembers Civil Relief Act may not be satisfied on information and belief.  See 50 App. U.S.C. § 521(b)(1); United States v. Simmons, 508 F. Supp. 552 (E.D. Tenn. 1980)(interpreting 50 App. U.S.C. § 520(1), predecessor to 50 App. U.S.C. § 521(b)(1)).  The public website https://www.dmdc.osd.mil/appj/scra/scraHome.do will provide the current active military status of an individual and has instructions on obtaining certificates of service or non-

1

1 | service under the Servicemembers Civil Relief Act.

2 |     Defendant should file an opposition to this motion if he
3 | contests the validity of plaintiff's claims by **November 20,**
4 | **2009**. Plaintiff shall serve this Order on defendant.
5 | Plaintiff shall file a declaration setting forth in detail all
6 | steps taken to serve defendant with notice of this motion and
7 | this Order by **November 13, 2009.** The court will schedule a
8 | hearing if necessary.

9 | Dated: November 6, 2009

                                    /s/ Bernard Zimmerman
                                   Bernard Zimmerman
                            United States Magistrate Judge

G:\BZALL\-REFS\EXECUTIVE RISK V. CROCKER SEC\Default Scheduling Order.wpd