UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EXECUTIVE RISK SPECIALTY
INSURANCE COMPANY,

    Plaintiff(s),

  v.

CROCKER SECURITIES LLC, et al.,

    Defendant(s).
_____/

No. C 09-1840 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, this matter is referred for a second time to Magistrate Judge Zimmerman for a report and recommendation as to whether grounds other than the policy exclusion have been established by plaintiff and warrant the declaratory relief sought.

    The parties will be advised whether any additional briefing is required by Magistrate Judge Zimmerman.

    IT IS SO ORDERED.

Dated: February 16, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Wings, Assigned M/J